IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM WESLEY MACE, JR., )<br>    Petitioner, ) | Case No. 7:23-cv-00083 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| HAROLD W. CLARKE, ) | Chief United States District Judge |
|     Respondent. ) | |

## MEMORANDUM OPINION

William Wesley Mace, Jr., a Virginia inmate proceeding pro se, commenced this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order entered February 14, 2023, the court directed Mace to submit certain financial information within thirty days in order to obtain authorization to proceed without prepayment of the filing fee. See ECF No. 2. The order expressly warned Mace that failure to submit the requested information would result in the dismissal of this action without prejudice.

As of this date, Mace has not paid the filing fee or provided the requested financial information. He has not complied with the court's order, and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. See Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989) (recognizing that courts have "the power to order dismissal of an action for failure to comply with court orders"). An appropriate order will be entered.

Entered: April 6, 2023

*/s/ Michael F. Urbanski*

Digitally signed by Michael F. Urbanski    Chief U.S. District Judge
Date: 2023.04.06 14:55:34 -04'00'

Michael F. Urbanski
Chief United States District Judge